## UNITED STATES v. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS.

No. 24.  Decided November 23, 1959.

*Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

*Norman J. Gundlach* and *John C. Roberts* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgment of the Court of Appeals is reversed.  *United States v. Seaboard Air Line R. Co., ante,* p. 78.

## LAPORTE ET AL. v. NEW YORK.

No. 425.  Decided November 23, 1959.

*Dante M. Scaccia* for appellants.

*Paxton Blair,* Solicitor General of New York, for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.